The Pennsylvania Co. v. The State.

Filed December 12, 1895.

No. 17,218.

Filed October 16, 1895.

No. 16,921.

THE PENNSYLVANIA CO. *v.* THE STATE.

From the Jennings Circuit Court.

*B. K. Elliott, W. F. Elliott* and *S. Stansifer*, for appellant.
*W. A. Ketcham*, Attorney-General, for State.

HACKNEY, J.—This was an action for penalties incurred in failing to note upon blackboards the time for the arrival of trains at stations

on the line of the appellant's railway, as required by the act of March 9th, 1889 (R. S. 1894, sections 5186, 5187). The questions here involved are identical with those involved in *Pennsylvania Co.* v. *State*, 142. Ind. 428, and upon the authority of that case the judgment of the circuit court in this case is affirmed.

Filed November 6, 1895.